**Fill in this information to identify the case:**

Debtor 1: William Donavon Garvin, Jr.

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of Georgia (State)

Case number: 15-12717-WHD

## Form 4100R

## Response to Notice of Final Cure Payment                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

Name of creditor: U.S. Bank Trust National Association, as Trustee of Bungalow Series F Trust

Court claim no. (if known): 7

Last 4 digits of any number you use to identify the debtor's account: 7 9 7 6

Property address: 1527 Tomochichi Road
Number    Street

Griffin, GA 30223
City    State    ZIP Code

### Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

### Part 3: Postpetition Mortgage Payment

Check one:

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 12/01/2019
MM/DD/YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total.** Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/___
MM/DD/YYYY

Debtor 1 __William Donavon Garvin, Jr.__    Case number (if known) __15-12717-WHD__
First Name    Middle Name    Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x _[signature]_    Date __12/12/2019__
Signature

Print __RAYMOND VALDERRAMA JR__    Title __ASST VICE PRESIDENT__
First Name    Middle Name    Last Name

Company __BSI FINANCIAL SERVICES__

If different from the notice address listed on the proof of claim to which this response applies:

Address _____
Number    Street

_____
City    State    ZIP Code

Contact phone (    )    —    Email _____

# CERTIFICATE OF SERVICE

  This is to certify that I have served the following parties in this matter with a copy of the within and foregoing by, **unless otherwise noted**, depositing a true and correct copy in the U.S. Mail with sufficient postage affixed thereto and properly addressed as follows:

Melissa J. Davey, Esq.
Standing Chapter 13 Trustee
Via ECF Electronic Notice

Talitha S. Fleming, Esq.
Attorney for Debtor
Via ECF Electronic Notice

William Donavon Garvin, Jr.
1527 Tomochichi Road
Griffin, GA 30223

  This 12th day of December, 2019.

                 /s/ Marc E. Ripps
                 Marc E. Ripps
                 Georgia Bar No. 606515

P. O. Box 923533
Norcross, GA  30010-3533
(770) 448-5377
Email: meratl@aol.com